Dismissed and Opinion filed February 27, 2003









Dismissed and Opinion filed February 27, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01111-CR

NO. 14-02-01112-CR

____________

 

BEAU FREEZE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 339th District Court

Harris County, Texas

Trial
Court Cause Nos. 887,757 & 884,391

 



 

M
E M O R A N D U M   O P I N I O N

A written request to withdraw the notices of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order these appeals dismissed.  We direct the Clerk of the Court to issue the
mandates of the Court immediately.

PER CURIAM

Judgment rendered
and Opinion filed February 27, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman.

Do Not Publish C Tex.
R. App. P. 47.2(b).